# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **TURI JOSEPH** (#2014-0502211), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15 C 0066 |
| ) | |
| **COOK COUNTY SHERIFF'S OFFICE**, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

On January 14, 2015 this Court issued an Order ("Order") that (1) granted the motion of pro se plaintiff Turi Joseph ("Joseph") to proceed in forma pauperis ("IFP"), coupled with a directive to the officials at the Cook County Jail (where Joseph is in custody) to make future monthly deductions from his trust fund account toward payment of the statutory filing fee, and (2) denied Joseph's accompanying motion for attorney representation without prejudice, granting him "30 days in which to show either that he has made reasonable efforts to retain private counsel or that he has been effectively precluded from making such efforts." That 30-day time frame has expired without any input from Joseph, so that he will have to proceed on his own (as difficult as that may be).

Accordingly copies of Marshals Service Form USM-285 are being transmitted to Joseph with a copy of this memorandum order, so that Joseph can complete and return those forms to enable the Marshals Service to serve process on named defendant Officer Ortiz.[1]

---

[1] As the Order reflected, the Cook County Sheriff's Office is not a suable entity, so that it will not be treated as a defendant even though Joseph has named it as such in his Complaint. As for Officer Ortiz, the Order indicates that he may be an inappropriate target of Joseph's Complaint, but of course this Court cannot do Joseph's legal work for him.

Finally, this action is set for an initial status hearing at 9 a.m. April 24, 2015. On the assumption that an Assistant State's Attorney will have been assigned to the case by then, that attorney is directed to make arrangements for Joseph to participate in that status hearing telephonically.

                                                                      Milton I. Shadur
                                                                     Senior United States District Judge

Date: February 19, 2015